No. 187. Duncan *v.* California. Certiorari, 363 U. S. 840, to the Supreme Court of California. The motion of the National Lawyers Guild, Los Angeles-Hollywood-Beverly Hills Chapters, for leave to file brief, as *amici curiae,* is granted. *Ben Margolis* and *Charles B. Stewart, Jr.* on the motion.

No. 315. Power Reactor Development Co. *v.* International Union of Electrical, Radio and Machine Workers, AFL–CIO, et al.; and

No. 454. United States et al. *v.* International Union of Electrical, Radio and Machine Workers, AFL–CIO, et al. Certiorari, 364 U. S. 889, to the United States Court of Appeals for the District of Columbia Circuit. The motion of Adolph J. Ackerman for leave to file brief, as *amicus curiae,* is granted. *R. M. Stroud* on the motion.

No. 165, Misc. Akers *v.* Adams, Warden. On petition for writ of certiorari to the Supreme Court of Appeals of West Virginia. The motion to substitute Otto C. Boles in the place of D. E. Adams as the party respondent is granted.

No. 215, Misc. DeLong *v.* Adams, Warden. On petition for writ of certiorari to the Supreme Court of Appeals of West Virginia. The motion to substitute Otto C. Boles in the place of D. E. Adams as the party respondent is granted.